* Filed in open court  11/9/06 (en)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-131M-MPT |
| | : | |
| LISA REED and, | : | |
| TERESA M. FLOOD, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United

States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States

Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Criminal

Complaint and attached Affidavit, Arrest Warrants, and related file.

COLM F. CONNOLLY
United States Attorney

BY: _____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 9, 2006

**IT IS SO ORDERED** this _____9_____ day of _____November_____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge